UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RONALD MACK,

                                       Plaintiff,                **NOTICE OF**
                                                                       **APPEARANCE**

   - against -

                                                                            08 Civ. 1150

CITY OF YONKERS, et al.,

                                       Defendants.

------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that Rose M. Weber has accepted representation, effective immediately, of John Jacobs a/k/a Ronald Mack, the above-named plaintiff..

Dated:     New York, New York
             April 8, 2007


                                                     By:          /s
                                                               Rose M. Weber (RW 0515)
                                                               225 Broadway, Suite 1608
                                                               New York, NY 10007
                                                               (212) 748-3355