USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/08

**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633    TELEPHONE: (212) 748-3355

## MEMO ENDORSED

June 4, 2008

**BY FAX**
Honorable Kimba M. Wood
United States Chief District Judge
500 Pearl Street
New York, NY 10007

Re: *Ronald Mack v. City of Yonkers, et al.*, 08 Civ. 1150

Your Honor:

As the Court may recall, I entered my appearance in the above-referenced matter on April 8, 2007, plaintiff previously having been *pro se*. By Order dated April 22, 2008, the Court permitted plaintiff until June 6, 2008 to amend the complaint. Unfortunately, I have encountered unexpected difficulties in obtaining the criminal court file in the underlying matter. Without that file, I am simply unable to proceed. Accordingly, plaintiff must respectfully request an additional thirty days (i.e., until July 3, 2008) to amend the complaint.  ] Granted KMW

Thank you for your consideration of this request.

Respectfully,

Rose M. Weber

Rose M. Weber (RW 0515)

SO ORDERED, N.Y., N.Y. 6-5-2008

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.