**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633    TELEPHONE: (212) 748-3855

August 4, 2008

**BY FAX**
Honorable Colleen McMahon
United States District Judge
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

*[Handwritten endorsement:]* 8/5/08 Now that all parties are represented by counsel, all further filings should be electronically filed. The Clerk should designate this case "ECF". /s/ Colleen McMahon

Re:   *Ronald Mack v. City of Yonkers, et al.*, 08 Civ. 1150 (CM)

Your Honor:

    As the Court may be aware, I entered my appearance in the above-referenced matter on April 8, 2008, plaintiff previously having been *pro se*. Now that plaintiff is represented, the parties respectfully request that this case be designated for ECF filing.

    Thank you for your consideration of this request.

Respectfully,

Rose M. Weber

Rose M. Weber (RW 0515)

cc:   Raymond P. Schmidt, Esq. (by fax)

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08